■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMERICO LLUVERAS, Appellant.—Judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered on January 23, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch, Lynch and Ellerin, JJ.

■ In the Matter of MERRI BERNSTEIN. TOM'S ASSOCIATES, INC., et al., Appellants; NEW YORK COUNTY DISTRICT ATTORNEY, Respondent.—Order, Supreme Court, New York County (Harold Rothwax, J.), entered on June 7, 1984, unanimously affirmed, without costs and without disbursements; appeal from oral order of said court entered on or about January 31, 1984, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OZZIE WILKINS, Appellant, v WARDEN, Respondent.—Judgment, Supreme Court, New York County (Burton Roberts, J.), entered on November 3, 1983, unanimously affirmed, without costs and without disbursements.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Fein, Lynch and Rosenberger, JJ.